BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00648-MJJ (WDB) |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER MODIFYING RELEASE CONDITIONS |
| MAURICE FRAZIER ) | |
| Defendant. ) | |

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that the release conditions in this case be modified to permit Mr.

Frazier to spend the Holiday of November 24, 2005, between the hours of 8:00 a.m. and 6:00

p.m. at his mother Roslind Randle's home at 1926 Chestnut St., Oakland, CA 94607.

DATED: November 22, 2005

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE