1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   JOYCE LEAVITT
3  Assistant Federal Public Defenders
   555 12th Street, Suite 650
4  Oakland, CA 94607-3627

5  Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR 05-00648 MJJ [WDB] |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER MODIFYING CONDITIONS |
| | ) OF RELEASE |
| MAURICE FRAZIER, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of release for Maurice Frazier may be modified to allow him to leave Cornell Corrections, Inc., in Oakland, California, where he is currently residing, on Sunday, December 25, 2005, between the hours of 8:00 a.m. and 6:00 p.m., to spend the holiday with his mother, Rosalind Randle, at 1926 Chestnut Street, Oakland, CA 94607.

/ / /

/ / /

1
2  DATED: 12/23/05
3
                                                /S/
                                        _____
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

4
5  DATED: 12/23/05
                                                /S/
                                        _____
6                                       CANDICE JAN
                                        Assistant United States Attorney
7
                                                /S/
8  DATED: 12/23/05                      _____
9                                       BETTY KIM
                                        Pretrial Services Officer
10
11
12 **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**
13
14
15
16
17
18
19
20
21
22
23
24
25
26

BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
JOYCE LEAVITT
Assistant Federal Public Defenders
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00648 MJJ [WDB] |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER MODIFYING |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| MAURICE FRAZIER, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Maurice Frazier may be modified to allow him to leave Cornell Corrections, Inc., in Oakland, California, where he is currently residing, on Sunday, December 25, 2005, between the hours of 8:00 a.m. and 6:00 p.m., to spend the holiday with his mother, Rosalind Randle, at 1926 Chestnut Street, Oakland, CA 94607.

DATED: December 23, 2005

_____
ELIZABETH
United States

[GRANTED — Judge Elizabeth D. Laporte]

- 3 -