1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   JOYCE LEAVITT
3  Assistant Federal Public Defenders
   555 12th Street, Suite 650
4  Oakland, CA 94607-3627

5  Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00648 MJJ [WDB] |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| MAURICE FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of release for Maurice Frazier may be modified to allow him to leave Cornell Corrections, Inc., in Oakland, California, where he is currently residing, at the direction of Pretrial Services so that he may be present when his girlfriend gives birth to their child and bond with the baby while he or she is still in the hospital. The parties further stipulate that Mr. Frazier's travel conditions may be extended to include Contra Costa County so that he can travel to the hospital where his girlfriend is giving birth in Antioch, California which is in Contra Costa County. Currently, his travel is

- 1 -

1  restricted to the counties of Alameda and San Francisco. All other conditions of release would
2  remain the same.

3
4  DATED: 12/29/05
                                /S/
                                _____
5                               JOYCE LEAVITT
                                Assistant Federal Public Defender
6
                                /S/
                                _____
7  DATED: 12/29/05
8                               JAMES KELLER
                                Assistant United States Attorney
9
                                /S/
                                _____
10 DATED: 12/29/05
11                              SILVIO LUGO
                                Pretrial Services Officer
12
13 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 2 -

BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
JOYCE LEAVITT
Assistant Federal Public Defenders
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00648 MJJ [WDB] |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER MODIFYING |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| MAURICE FRAZIER, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Maurice Frazier may be modified to allow him to leave Cornell Corrections, Inc., in Oakland, California, where he is currently residing, at the direction of Pretrial Services so that he may be present when his girlfriend gives birth to their child and bond with the baby while he or she is still in the hospital.

IT IS FURTHER ORDERED that Mr. Frazier's travel may be extended to include Contra Costa County so that he can travel to the hospital where his girlfriend is giving birth in Antioch,

- 3 -

1 California, which is in Contra Costa County.  Currently, his travel is restricted to the counties of
2 Alameda and San Francisco.  All other conditions of release shall remain the same.
3     SO ORDERED.
4
5 DATED:  December 30, 2005      /s/ Nandor J. Vadas
                                 NANDOR VADAS
6                                United States Magistrate Judge