| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12TH St. – Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Tel. 1-510-637-3500 |
| 5 | Counsel for Defendant FRAZIER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 05-00648-MJJ (WDB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER MODIFYING RELEASE |
| MAURICE FRAZIER | ) | CONDITIONS |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Good cause appearing therefore,

IT IS HEREBY ORDERED that the release conditions in this case be modified to permit Mr. Frazier to attend college courses, not within Contra Costa County, as directed and permitted by the Pretrial Services Agency. It is further

ORDERED that all other release conditions imposed in this case shall remain in effect.

Dated: January 11, 2006

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE