E-filing

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12TH St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 1-510-637-3500

5  Counsel for Defendant FRAZIER

**FILED**

JAN 1 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-00648-MJJ (WDB) |
| v. | ) | |
| MAURICE FRAZIER | ) | STIPULATION OF PARTIES |
| Defendant. | ) | |

17   IT IS HEREBY STIPULATED, by and between the parties to this action, that the
18   release conditions in this case be modified to permit Mr. Frazier to attend college courses, not
19   within Contra Costa County, as directed and permitted by the Pretrial Services Agency.

20   //

26   //

1  Counsel has conferred with Silvio Lugo, United States Pretrial Services Officer, and he has
2  no opposition to this request.

3

4  DATED: 1/11/06                         /S/

5                                         _____
                                          JAMES E. KELLER
6                                         Assistant United States Attorney

7
   DATED: 1/10/06                         /S/
8

9                                         _____
                                          JOHN PAUL REICHMUTH
                                          Assistant Federal Public Defender
10                                        counsel for Maurice Frazier

11

12
                                          /S/
13 DATED: 1/10/06                         _____
                                          SILVIO LUGO
14                                        United States Pretrial Services Officer

15
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
16
   "conformed" signature (/S/) within this efiled document.
17

18

19

20                              **IT IS SO ORDERED**

21

22                              _____
                                MARTIN J. JENKINS
23                              UNITED STATES DISTRICT JUDGE

24                              ___1/17/2006_____
                                DATE
25

26