BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627
Tel. 1-510-637-3500

Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00648-MJJ (WDB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| MAURICE FRAZIER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the stipulation of the parties to this action, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Frazier to spend his birthday, February 19, 2006, between the hours of 8:00 a.m. and 6:00 p.m. at his mother Roslind Randle's home at 1926 Chestnut St., Oakland, CA 94607.

Dated: 2/17/06

Hon. Wayne D. Brazil
United States Magistrate Judge