## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED** | **RE:** | **MAURICE FRAZIER** |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | FEB 2 2 2006 | **DOCKET NO.:** | CR 05-00648-MJJ |
| **DATE:** | February 22, 2006 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Victoria Gibson                                    (510) 637-3752
                                                   **TELEPHONE NUMBER**

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on FRI., 2/24/06 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____  Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

   A.

   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER                          2-22-06
                                          DATE

Cover Sheet (12/03/02)    cc: WDB's stats, Copies to parties via ECF
                          Monica Tutson, Pretrial