BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627
Tel. 1-510-637-3500

Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURICE FRAZIER ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 05-00648-MJJ (WDB) <br><br> EXPEDITED <br> ORDER REGARDING HOSPITAL VISIT |

Based upon the agreement of the parties to this action, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Frazier to attend the birth of his child at a local hospital. It is further ordered that: he travel directly between his residence or workplace and the hospital; he remain at the hospital and not travel to other locations; he contact the Office of Pretrial Services, and leave a message if after business hours, to advise them of the time he leaves home, the location of the hospital, and the time he returns home or to work.

Dated:   September 13, 2006

IT IS SO ORDERED

_____
Judge Wayne D. Brazil
United States Magistrate Judge