02/28/2007 09:42 FAX 5106373507    FED PUBLIC DEFENDER    ☒006

Case 4:05-cr-00648-MJJ   Document 104   Filed 02/28/07   Page 1 of 1
Case 4:05-cr-00648-MJJ   Document 102   Filed 02/27/2007   Page 1 of 1

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12TH St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 1-510-637-3500

5  Counsel for Defendant FRAZIER

**FILED**

FEB 2 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-00648-MJJ |
| v. | ) | (DUTY MAGISTRATE-MEJ) |
| MAURICE FRAZIER | ) | [PROPOSED] ORDER |
| Defendant. | ) | |

Based upon the stipulation of the parties to this action, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Frazier to have a birthday party at Cal Skate in Milpitas, CA between the hours of 6:00 and 11:00 p.m. on Saturday March 3, 2007. At or before 11:00 he must return directly to his current place of residence. All other conditions are to remain the same.

Dated: 2-28-07

_____
Hon. Maria Elena James
United States Magistrate Judge