BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627
Tel. 1-510-637-3500

Counsel for Defendant FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                               )<br>            Plaintiff,          )<br>                               )<br>    v.                         )<br>                               )<br>MAURICE FRAZIER                )<br>                               )<br>            Defendant.         )<br>_____) | No. CR 05-00648-MJJ (WDB)<br><br>ORDER MODIFYING RELEASE CONDITIONS |

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that the release conditions in this case be modified to permit Mr. Frazier to work at employment in the Eastern District of California, as directed by the Pretrial Services Officer, and to make social visits within the Eastern District of California as approved in advance by the Pretrial Services Officer. It is further

ORDERED that all other release conditions imposed in this case shall remain in effect.

Dated: May 4, 2007

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE